IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
JUN 2 0 2017
Clerk, U.S District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA, | CR 14-02-GF-BMM |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| JAY HARDWOOD OLD CHIEF, | |
| Defendant. | |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on June 20, 2017. Defendant admitted that he had violated the conditions of his supervised release: 1) by failing to report to his probation officer as directed; 2) by failing to register as a violent offender; 3) by failing to report for substance abuse testing; and 4) by failing to report for substance abuse treatment. Judge Johnston found the admissions sufficient to establish the supervised release violations. Judge Johnston recommended that this Court revoke Defendant's supervised release and sentence him to a term of time served, with 28 months of supervised release to follow. Judge Johnston also recommended that the term of supervised release include substance abuse treatment at Connections Corrections.

Both parties waived their right to file objections. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings. Defendant admitted that he had violated the conditions of his supervised release. Defendant could be incarcerated for up to 24 months, followed by 36 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of three to nine months. A sentence of time served, followed by 28 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 100) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 20th day of June, 2017.

Brian Morris
United States District Court Judge